**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                              :

The Reader's Digest Association, Inc., et al.,  :

                                  Debtors.  :
---------------------------------------------------------x

Chapter 11

Case Nos. 09-23529 to 09-23575 (RDD)
and 09-20011 (RDD)

(Jointly Administered)

## APPOINTMENT OF COMMITTEE OF
## UNSECURED CREDITORS

Diana G. Adams, the United States Trustee for Region 2, pursuant to 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of The Reader's Digest Association, Inc. and affiliated debtors in possession.

1. The Bank of New York Mellon
   101 Barclay Street - 8 West
   New York, New York 10286
   Attention: Stuart Rothenberg, Vice President
   Telephone: (212) 298-1977
   Fax: (212) 815-5704

2. Wilfrid Aubrey LLC
   100 William Street, Suite 1850
   New York, New York 10038
   Attention: Nicholas W. Walsh, Principal
   Telephone: (212) 675-4906
   Fax: (212) 675-3626

3. Thomas M. Kenney
   10 The Byway
   Bronxville, New York 10708
   Telephone: (914) 395-0060
   Fax: (914) 395-0060

4. RR Donnelley & Sons Company
 3075 Highland Parkway
 Downers Grove, Illinois 60515
 Attention: Dan Pevonka, Director, Credit Services
 Telephone: (630) 322-6931
 Fax: (630) 322-6052

5. Madison Paper Company (ALSIP Location)
 Myllykoski North America
 101 Merritt 7 - 5th Floor
 Norwalk, Connecticut 06851
 Attention: Brendan Lesch, Vice President
 Telephone: (203) 229-7414
 Fax: (203) 229-7458

6. Williams Lea, Inc.
 233 South Wacker, Suite 4850
 Chicago, Illinois 60606
 Attention: Ken Amann, Chief Financial Officer
 Telephone: (312) 681-6459
 Fax: (312) 681-6350

7. New Page Corporation
 Courthouse Plaza NE
 Dayton, Ohio 45463
 Attention: Greg Hadley, Esq.
 Telephone: (937) 242-9569
 fax: (937) 608-7012

Dated: New York, New York
 August 31, 2009

DIANA G. ADAMS
UNITED STATES TRUSTEE

By /s/ Andrea B. Schwartz
 Andrea B. Schwartz
 Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500
Fax: (212) 668-2255