Vernon Thomas
P.O. Box 318
Surry, ME 04684

December 11, 2009

Honorable Robert D. Drain
United States Bankruptcy Judge
Hon. Charles L. Brieant, Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4140

Your Honor,

I am a retiree of the Readers Digest Association (RDA).

During my twenty-one years at the company I had a number of jobs, culminating as Vice
President and Chief Financial Officer for the final six years of my employment. I have been
retired since December 1, 1989.

As VP and CFO, I participated in the development, implementation, and maintenance of some of
the corporation's policies. Overall, RDA was extremely successful during my employment but
within the aggregate results there were occasional disappointments. Internationally, RDA was
not successful in some parts Europe, Asia, and South America. In addition, domestically and
abroad, a number of efforts to grow the business through diversification were not successful.

In all cases, domestically and internationally, where unsuccessful operations were discontinued,
all unsecured creditors were paid in full. This was the policy of original owners, and it is a policy
that subsequent managements embraced fully until the current group.

As it is currently proposed by RDA, the consequences of the poor performance of the company
in recent years are to be borne to a significant extent by unsecured creditors who are largely
retirees. It is hard to imagine any proposal that is more alien to the history and culture of RDA
or more discriminatory in its effect.

When I retired from RDA, I was promised a pension based on the rules of the company's defined
benefit pension plan. For seventeen years, I have received precisely the monthly benefit as
defined by the plan rules. Then suddenly in August, 2009, the company reduced my pension by
28% because it believes it can do this with impunity. Meanwhile, current senior management
personnel are being lavishly compensated.

It is inherently unjust for a company such as RDA, when in trouble, to propose that the burden
of assistance fall significantly on the shoulders of its retirees. We have done our work, I believe,
successfully and have earned our "golden years." We hope that the court will view our plight
sympathetically.

Yours sincerely,

Vernon Thomas