**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br>**THE READER'S DIGEST ASSOCIATION, INC., *et al.*,**<br>Reorganized Debtors. | ) <br>) <br>) Chapter 11<br>) <br>) Case No. 09-23529<br>) Jointly Administered<br>) |

## AFFIDAVIT OF SERVICE

I, Ricardo Tejeda Romero, depose and say that I am employed by Kurtzman Carson Consultants, LLC (KCC), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On February 22, 2010, at my direction and under my supervision, employees of KCC caused to be served the following document via Facsimile on the service list attached hereto as **Exhibit A**:

- **Agenda for February 24, 2010 Hearing** [Docket No. 658]

Furthermore, on February 22, 2010, at my direction and under my supervision, employees of KCC caused to be served the following documents via Overnight mail on the service list attached hereto as **Exhibit B**; and via Electronic mail on the service list attached hereto as **Exhibit C**:

- **Agenda for February 24, 2010 Hearing** [Docket No. 658]

- **Notice of Occurrence of Effective Date of Chapter 11 Plan of Reorganization** [Docket No. 659]

- **Notice of Withdrawal of Debtors' Second Motion for Entry of an Order Extending Exclusive Periods to File and Solicit Votes for a Chapter 11 Plan Pursuant to Section 1121(d) of the Bankruptcy Code** [Docket No. 660]

Furthermore, on February 22, 2010, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class mail on the service list attached hereto as **Exhibit D**:

- **Notice of Occurrence of Effective Date of Chapter 11 Plan of Reorganization** [Docket No. 659]

- **Notice of Withdrawal of Debtors' Second Motion for Entry of an Order Extending Exclusive Periods to File and Solicit Votes for a Chapter 11 Plan Pursuant to Section 1121(d) of the Bankruptcy Code** [Docket No. 660]

February 23, 2010

Ricardo Tejeda Romero

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of February, 2010, by Ricardo Tejeda Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# EXHIBIT A

# Exhibit A
## Fax Service List

| COMPANY | CONTACT | FAX |
|---|---|---|
| Arent Fox LLP | Schuyler G Carroll & Robert M Hirsh | 212-484-3990 |
| Arnold & Porter LLP | Lisa Hill Fenning | 213-243-4199 |
| Arnold & Porter LLP | Michael J Canning | 212-715-1399 |
| Attorney General of Pennsylvania | Christopher R Momjian | 215-560-2202 |
| Barbara Lee Caldwell | Aiken Schenk Hawkins & Ricciardi PC | 602-248-8840 |
| Barlett Hackett Feinberg PC | Frank F McGinn | 617-422-0383 |
| Brown & Connery LLP | Kenneth J Schweiker Jr | 856-853-9933 |
| Buchalter Nemer Professional Corp | Shawn M Christianson | 415-227-0770 |
| Dechert LLP | Glenn E Siegel & Bret M Harper | 212-698-3599 |
| DLA Piper LLP | Vincent J Roldan & William D Currie | 212-335-4501 |
| Franck Gecker LLP | Joseph D Frank & Reed A Heiligman | 312-276-0035 |
| Frank Gecker LLP | Joseph D Frank & Reed A Heiligman | 312-276-0035 |
| Friedman Dumas & Springwater LLP | Elaine Hammond | 415-834-1044 |
| Fulbright & Jaworski | David A Rosenzweig | 212-318-4000 |
| Fulbright & Jaworski | Johnathan C Bolton | 713-651-5246 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Jonathan L Flaxer Anthony M Vassallo | 212-754-0330 |
| Internal Revenue Service | Centralized Insolvency Operations | 215-516-2015 |
| Internal Revenue Service | Centralized Insolvency Operations | 215-516-2015 |
| JH Cohn LLP | Sharon Bromberg Kevin Clancy Bernard Katz & Michael Katz | 732-590-3940 |
| JP Morgan Chase | Lawrence Chin | 713-750-2938 |
| JP Morgan Chase | Tina Ruyter | 212-270-5127 |
| Kaye Scholer LLP | Benjamin Mintz | 212-836-6550 |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 512-443-5114 |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 469-221-5002 |
| Madison Paper Company | Brendan Lesch | 203-229-7458 |
| Missouri Department of Revenue | Steven A Ginther | 573-751-7232 |
| Mitchell Williams Selig Gates & Woodyard PLLC | Stan D Smith | 501-918-7830 |
| New Page Corporation | Greg Hadley | 937-608-7012 |
| Office of the Attorney General | Andrew M Cuomo | 212-416-8139 |
| Office of the Attorney General | Andrew M Cuomo | 518-474-3618 |
| Office of the Attorney General | Anne Milgram | 609-292-3508 |
| Office of the Attorney General | Bill Mccollum | 850-414-2641 |
| Office of the Attorney General | Bill Mims | 804-786-1991 |
| Office of the Attorney General | Bruce A Salzburg | 307-777-6869 |
| Office of the Attorney General | Catherine Cortez Masto | 775-684-1108 |
| Office of the Attorney General | Chris Koster | 573-751-0074 |
| Office of the Attorney General | Daniel S Sullivan | 907-465-2075 |
| Office of the Attorney General | Darrell McGraw | 305-558-0140 |
| Office of the Attorney General | Douglas F Gansler | 410-576-6404 |
| Office of the Attorney General | Dustin McDaniel | 501-682-8084 |
| Office of the Attorney General | Edmund G Brown Jr | 916-323-5341 |
| Office of the Attorney General | Gery K King | 505-827-5826 |
| Office of the Attorney General | Greg Abbott | 512-475-4413 |
| Office of the Attorney General | Greg Zoeller | 317-232-7979 |
| Office of the Attorney General | Henry McMaster | 803-734-4323 |
| Office of the Attorney General | Jack Conway | 502-564-2894 |
| Office of the Attorney General | James D Caldwell | 225-326-6499 |
| Office of the Attorney General | Janet Mills | 207-287-3145 |
| Office of the Attorney General | JB Van Hollen | 608-267-2779 |

# Exhibit A
## Fax Service List

| COMPANY | CONTACT | FAX |
|---|---|---|
| Office of the Attorney General | Jim Hood | 601-359-4231 |
| Office of the Attorney General | John Kroger | 503-378-4017 |
| Office of the Attorney General | John Lynch | 603-271-7680 |
| Office of the Attorney General | John W Suthers | 303-866-5691 |
| Office of the Attorney General | Jon Buning | 402-471-3297 |
| Office of the Attorney General | Joseph R Biden III | 302-577-2496 |
| Office of the Attorney General | Larry Long | 605-773-4106 |
| Office of the Attorney General | Lawrence Wasden | 208-854-8071 |
| Office of the Attorney General | Lisa Madigan | 312-814-3374 |
| Office of the Attorney General | Lori Swanson | 651-282-2155 |
| Office of the Attorney General | Mark Bennett | 808-586-1239 |
| Office of the Attorney General | Mark Shurtleff | 801-538-1121 |
| Office of the Attorney General | Mike Cox | 517-373-3042 |
| Office of the Attorney General | Patrick C Lynch | 401-222-1331 |
| Office of the Attorney General | Richard Blumenthal | 860-808-5387 |
| Office of the Attorney General | Richard Cordray | 614-466-5087 |
| Office of the Attorney General | Rob Mckenna | 360-586-8474 |
| Office of the Attorney General | Robert E Cooper Jr | 651-741-2009 |
| Office of the Attorney General | Roy Cooper | 919-716-6750 |
| Office of the Attorney General | Steve Bullock | 406-444-3549 |
| Office of the Attorney General | Steve Six | 785-291-3699 |
| Office of the Attorney General | Thurbert E Baker | 404-657-8733 |
| Office of the Attorney General | Tom Corbett | 717-787-8242 |
| Office of the Attorney General | Tom Miller | 515-281-6771 |
| Office of the Attorney General | Troy King | 334-242-7458 |
| Office of the Attorney General | US Department Of Justice | 202-616-2278 |
| Office of the Attorney General | WA Drew Edmondson | 405-522-4534 |
| Office of the Attorney General | Wayne Stenehjem | 701-328-3535 |
| Office of the Attorney General | William H Sorrell | 802-828-2154 |
| Office of the United States Trustee | Paul Schwartzberg | 212-668-2255 |
| Office of US Attorney SDNY | | 212-637-2684 |
| Office of US Attorney SDNY | | 914-993-9036 |
| Otterbourg Steindler Houston & Rosen PC | Scott L Hazan & William M Silverman & David M Posner | 212-682-6104 |
| Peter Davenport | | 914-666-9450 |
| Peter J Solomon Company | Anders J Maxwell | 212-508-1633 |
| Ray Quinney & Nebeker PC | Stephen C Tingey | 801-532-7543 |
| Rivken Radler LLP | Matthew V Spero | 516-357-3593 |
| Rivken Radler LLP | Stuart I Gordon | 516-357-3333 |
| Ross Jones | | 561-272-5082 |
| RR Donnelley & Sons Company | Dan Pevonka | 630-322-6052 |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte & Abigail Snow | 212-818-9606 |
| Securities and Exchange Commission | | 703-813-6965 |
| Simpson Thatcher & Bartlett LLP | Patrick Ryan Art Robinson & Jill Kalish | 212-455-2502 |
| Skadden Arps Slate Meagher & Flom LLP | Ron E Meisler & Carl T Tullson | 312-407-9436 |
| State of New York Department of Taxation and Finance | Daniel Smirlock | 212-459-7897 |
| Tennessee Department of Revenue | c o TN Attorney Generals Office Bankruptcy Division | 615-741-3334 |
| The Bank of New York Mellon | Stuart Rothenberg | 212-815-5704 |
| Thomas M Kenney | | 914-395-0060 |

| COMPANY | CONTACT | FAX |
|---|---|---|
| Universal Music Group Distribution Corp | Joe Flores | 818-866-1599 |
| Wilfrid Aubrey LLC | Nicholas W Walsh | 212-675-3626 |
| Williams Lea Inc | Ken Amann | 312-681-6350 |
| Wilmer Cutler Pickering Hale & Dorr | Dennis L Jenkins & George W Shuster | 517-526-5000 |
| Wilmer Cutler Pickering Hale & Dorr | James H Millar & Melanie J Dritz | 212-230-8888 |
| Wilmer Hale | Dennis Jenkins | 617-526-5000 |

# **EXHIBIT B**

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| AT&T Services Inc Law Group Counsel | James W Grudus | One AT&T Way Rm 3A218 | | Bedminster | NJ | 7921 | |
| Environmental Protection Agency | Lisa Jackson Administrator | 1200 Pennsylvania Ave NW | Ariel Rios | Washington | DC | 20460 | |
| Fulbright & Jaworski | David A Rosenzweig | 666 Fifth Ave | | New York | NY | 10103 | |
| HCL Technologies Ltd | Attn Vineet Vij | A 11 Sector 16 | Noida | Uttar Paresh | | 201301 | INDIA |
| LA County Treasurer Tax Collector | | PO Box 54110 | | Los Angeles | CA | 90054-0110 | |
| Michael John Bohane | | 1143 Casey Key Rd | | Nokomis | FL | 34275 | |
| Michigan Attorney General | Michael A Cox & Juandisha M Harris | 3030 W Grand Blvd | Cadillac Pl Ste 10 200 | Detroit | MI | 48202 | |
| New Page Corporation | Greg Hadley | 8540 Gander Creek Dr | | Miamisburg | OH | 45342 | |
| Office of the Attorney General | Chris Koster | 207 W High St | PO Box 899 | Jefferson City | MO | 65102 | |
| Office of the Attorney General | Daniel S Sullivan | PO Box 110300 | | Juneau | AK | 99811-0300 | |
| Office of the Attorney General | Darrell McGraw | West Virginia State Capitol Bdlg 1 | | Charleston | WV | 25305 | |
| Office of the Attorney General | Greg Abbott | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Office of the Attorney General | John W Suthers | 1525 Sherman St 7th Fl | | Denver | CO | 80203 | |
| Office of the Attorney General | Lisa Madigan | 100 W Randolph St | | Chicago | IL | 60601 | |
| Office of the Attorney General | Mark Bennett | 425 Queen St | | Honolulu | HI | 96813 | |
| Office of the Attorney General | Rob Mckenna | 1125 Washington St Ste | PO Box 40100 | Olympia | WA | 98504 | |
| Office of the Attorney General | Robert E Cooper Jr | PO Box 20207 | | Nashville | TN | 37202-0207 | |
| Office of the Attorney General | Terry Goddard | 1275 W Washington St | | Phoenix | AZ | 85007 | |
| Office of the United States Trustee | Paul Schwartzberg | 33 Whitehall St 21st Fl | | New York | NY | 10004 | |
| Pension Benefit Guaranty Corp | Attn General Counsel | 1200 K St NW Ste 340 | | Washington | DC | 20005 | |
| RR Donnelley & Sons Company | Dan Pevonka | 3075 Highland Pkwy | | Downers Grove | IL | 60515 | |
| Schoeman Updike & Kaufman LLP | Rebecca Fruchtman & David Black | 60 E 42nd St | | New York | NY | 10165 | |
| Securities & Exchange Commission | James A Clarkson Regional Director | 3 World Financial Ctr Ste 400 | | New York | NY | 10281 | |
| Skadden Arps Slate Meagher & Flom | Ron E Meisler & Carl T Tullson | 155 N Wacker Dr | | Chicago | IL | 60606 | |
| Universal Music Group Distribution | Joe Flores | 10 Universarl City Plz Ste 400 | | Universal City | CA | 91608 | |
| Wilmer Cutler Pickering Hale & Dorr | Dennis L Jenkins & George W Shuster | 60 State St | | Boston | MA | 02109-0000 | |

# EXHIBIT C

Exhibit C
Email Service List

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Arent Fox LLP | Schuyler G Carroll & Robert M Hirsh | hirsh.robert@arentfox.com |
| Arnold & Porter LLP | Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Arnold & Porter LLP | Michael J Canning | michael_canning@aporter.com |
| AT&T Services Inc Law Group Counsel | James W Grudus | jg5786@att.com |
| Attorney General of Pennsylvania | Christopher R Momjian | crmomjian@attorneygeneral.gov |
| Barbara Lee Caldwell | Aiken Schenk Hawkins & Ricciardi PC | blc@ashrlaw.com |
| Barlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Brown & Connery LLP | Kenneth J Schweiker Jr | kschweiker@brownconnery.com |
| Buchalter Nemer Professional Corp | Shawn M Christianson | schristianson@buchalter.com |
| Dechert LLP | Glenn E Siegel & Bret M Harper | glenn.siegel@dechert.com<br>bret.harper@dechert.com |
| DLA Piper LLP | Vincent J Roldan & William D Currie | vincent.roldan@dlapiper.com<br>william.currie@dlapiper.com |
| Franck Gecker LLP | Joseph D Frank & Reed A Heiligman | jfrank@fgllp.com<br>rheiligman@fgllp.com |
| Frank Gecker LLP | Joseph D Frank & Reed A Heiligman | jfrank@fgllp.com<br>rheiligman@fgllp.com |
| Friedman Dumas & Springwater LLP | Elaine Hammond | ehammond@friedumspring.com |
| Fulbright & Jaworski | David A Rosenzweig | drosenzweig@fulbright.com |
| Fulbright & Jaworski | Johnathan C Bolton | jbolton@fulbright.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Jonathan L Flaxer Anthony M Vassallo | jflaxer@golenbock.com<br>avassallo@golenbock.com |
| JH Cohn LLP | Sharon Bromberg, Kevin Clancy, Bernard Katz & Michael Katz | sbromberg@jhcohn.com<br>kclancy@jhcohn.com<br>bkatz@jhcohn.com<br>mkatz@jhcohn.com |
| JP Morgan Chase | Lawrence Chin | lawrence.a.chin@jpmchase.com |
| JP Morgan Chase | Tina Ruyter | tina.ruyter@jpmorgan.com |
| Kaye Scholer LLP | Benjamin Mintz | bmintz@kayescholer.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Michigan Attorney General | Michael A Cox & Juandisha M Harris | harrisjm@michigan.gov |
| Missouri Department of Revenue | Steven A Ginther | sdnyecf@dor.mo.gov |
| Mitchell Williams Selig Gates & Woodyard PLLC | Stan D Smith | ssmith@mwlaw.com |
| Moelis & Company | Devon Ghelani | devon.ghelani@moelis.com |
| Office of the Attorney General | Andrew M Cuomo | nancy.lord@oag.state.ny.us |
| Office of the Attorney General | Andrew M Cuomo | neal.mann@oag.state.ny.us |
| Office of the Attorney General | Daniel S Sullivan | attorney.general@alaska.gov |
| Office of the Attorney General | Greg Abbott | gregabbott@oag.state.tx.us |
| Office of the Attorney General | Greg Zoeller | constituent@atg.in.gov |
| Office of the Attorney General | Jack Conway | attorney.general@ag.ky.gov |
| Office of the Attorney General | John W Suthers | attorney.general@state.co.us |
| Office of the Attorney General | Joseph R Biden III | attorney.general@state.de.us |
| Office of the Attorney General | Steve Bullock | contactdoj@mt.gov |
| Office of the Attorney General | Wayne Stenehjem | ndag@state.nd.us |
| Office of the United States Trustee | Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Otterbourg Steindler Houston & Rosen PC | Scott L Hazan & William M Silverman & David M Posner | shazan@oshr.com<br>dposner@oshr.com |
| Peter J Solomon Company | Anders J Maxwell | amaxwell@pjsolomon.com |
| Ray Quinney & Nebeker PC | Stephen C Tingey | stingey@rqn.com |
| Rivken Radler LLP | Matthew V Spero | matthew.spero@rivkin.com |

**Exhibit C**
Email Service List

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Rivken Radler LLP | Stuart I Gordon | stuart.gordon@rivkin.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte & Abigail Snow | cbelmonte@ssbb.com<br>asnow@ssbb.com |
| Schoeman Updike & Kaufman LLP | Rebecca Fruchtman & David Black | rfruchtman@schoeman.com<br>dblack@schoeman.com |
| Securities and Exchange Commission | James A Clarkson Regional Director | newyork@sec.gov |
| Simpson Thatcher & Bartlett LLP | Patrick Ryan, Art Robinson & Jill Kalish | pryan@stblaw.com<br>arobinson@stblaw.com<br>jkalish@stblaw.com |
| Skadden Arps Slate Meagher & Flom LLP | Ron E Meisler & Carl T Tullson | Carl.Tullson@Skadden.com |
| Sony Music Entertainment | Susan S Danz | Sue.Danz@sonymusic.com |
| State of New York Department of Taxation and Finance | Daniel Smirlock | jacqueline_auberbach@tax.state.ny.us |
| Tennessee Department of Revenue | c o TN Attorney Generals Office Bankruptcy Division | AGBankNewYork@ag.tn.gov |
| Universal Music Group Distribution Corp | Joe Flores | jlflores@umusic.com |
| Wilmer Cutler Pickering Hale & Dorr | Dennis L Jenkins & George W Shuster | dennis.jenkins@wilmerhale.com<br>george.shuster@wilmerhale.com |
| Wilmer Cutler Pickering Hale & Dorr | James H Millar & Melanie J Dritz | james.millar@wilmerhale.com<br>melanie.dritz@wilmerhale.com |
| Wilmer Hale | Dennis Jenkins | dennis.jenkins@wilmerhale.com |

# EXHIBIT D

**Exhibit D**
First Class Mail Service List

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Arent Fox LLP | Schuyler G Carroll & Robert M Hirsh | 1675 Broadway | | New York | NY | 10019 |
| Arnold & Porter LLP | Lisa Hill Fenning | 777 S Figueroa St 44th Fl | | Los Angeles | CA | 90017 |
| Arnold & Porter LLP | Michael J Canning | 399 Park Ave | | New York | NY | 10022 |
| Attorney General of Pennsylvania | Christopher R Momjian | 21 S 12th St 3rd Fl | | Philadelphia | PA | 19107-3603 |
| Barbara Lee Caldwell | Aiken Schenk Hawkins & Ricciardi PC | 4742 N 24th St Ste 100 | | Phoenix | AZ | 85016 |
| Barlett Hackett Feinberg PC | Frank F McGinn | 155 Federal St 9th Fl | | Boston | MA | 02110-0000 |
| Brown & Connery LLP | Kenneth J Schweiker Jr | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 |
| Buchalter Nemer Professional Corp | Shawn M Christianson | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 |
| Dechert LLP | Glenn E Siegel & Bret M Harper | 1095 Ave of the Americas | | New York | NY | 10036-6797 |
| DLA Piper LLP | Vincent J Roldan & William D Currie | 1251 Ave of the Americas | | New York | NY | 10020-1104 |
| Franck Gecker LLP | Joseph D Frank & Reed A Heiligman | 325 N LaSalle St Ste 625 | | Chicago | IL | 60654 |
| Frank Gecker LLP | Joseph D Frank & Reed A Heiligman | 325 N LaSalle St Ste 625 | | Chicago | IL | 60654 |
| Friedman Dumas & Springwater LLP | Elaine Hammond | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 |
| Fulbright & Jaworski | Johnathan C Bolton | Fulbright Tower | 1301 McKinney Ste 5100 | Houston | TX | 77010-3095 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Jonathan L Flaxer Anthony M Vassallo | 437 Madison Ave | | New York | NY | 10022 |
| Internal Revenue Service | Centralized Insolvency Operations | 11601 Roosevelt Boulevard | Mail Drop N781 | Philadelphia | PA | 19255 |
| Internal Revenue Service | Centralized Insolvency Operations | PO Box 21126 | | Philadelphia | PA | 19114-0326 |
| JH Cohn LLP | Sharon Bromberg, Kevin Clancy, Bernard Katz & Michael Katz | 333 Thornall Street | | Edison | NJ | 08837 |
| JP Morgan Chase | Lawrence Chin | 1111 Fannin St 10th Fl | | Houston | TX | 77002 |
| JP Morgan Chase | Tina Ruyter | 270 Park Ave | | New York | NY | 10017 |
| Kaye Scholer LLP | Benjamin Mintz | 425 Park Ave | | New York | NY | 10022 |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 2700 Via Fortuna Dr Ste 400 | PO Box 17428 | Austin | TX | 78760-7428 |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Madison Paper Company | Brendan Lesch | Myllykoski North America | 101 Merritt 7 5th Fl | Norwalk | CT | 06851 |
| Michigan Attorney General | Michael A Cox & Juandisha M Harris | 3030 W Grand Blvd | Cadillac Pl Ste 10-200 | Detroit | MI | 48202 |
| Missouri Department of Revenue | Steven A Ginther | General Counsels Office | 301 W High St Rm 670 PO Box 475 | Jefferson City | MO | 65105-0475 |
| Mitchell Williams Selig Gates & Woodyard PLLC | Stan D Smith | 425 W Capitol Ave Ste 1800 | | Little Rock | AR | 72201-3525 |
| Office of the Attorney General | Andrew M Cuomo | 120 Broadway | | New York | NY | 10007 |
| Office of the Attorney General | Andrew M Cuomo | The Capitol | | Albany | NY | 12224-0341 |
| Office of the Attorney General | Anne Milgram | PO Box 080 | | Trenton | NJ | 08625-0080 |
| Office of the Attorney General | Bill Mccollum | The Capitol Pl 01 | | Tallahassee | FL | 32399-1050 |
| Office of the Attorney General | Bill Mims | 900 E Main St | | Richmond | VA | 23219 |
| Office of the Attorney General | Bruce A Salzburg | 123 Capitol Bldg | 200 W 24th St | Cheyenn | WY | 82002 |
| Office of the Attorney General | Catherine Cortez Masto | 100 N Carson St | | Carson City | NV | 89701-4717 |
| Office of the Attorney General | Douglas F Gansler | 200 St Paul Place | | Baltimore | MD | 21202 |
| Office of the Attorney General | Dustin McDaniel | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| Office of the Attorney General | Edmund G Brown Jr | California Dept of Justice | PO Box 944255 | Sacramento | CA | 94244-2550 |
| Office of the Attorney General | Gery K King | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Office of the Attorney General | Greg Zoeller | Indiana Government Center South | 302 W Washington St | Indianapolis | IN | 46204 |

In re: The Reader's Digest Association, Inc., et al.  
Case No.: 09-23529

Page 1 of 3

2/23/2010  
10:47 AM

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Henry McMaster | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jack Conway | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | James D Caldwell | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Janet Mills | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Attorney General | JB Van Hollen | PO Box 7857 | | Madison | WI | 53707-7857 |
| Office of the Attorney General | Jim Hood | PO Box 22947 | | Jackson | MS | 39225 |
| Office of the Attorney General | John Kroger | Oregon Dept of Justice | 1162 Court St NE | Salem | OR | 97301-4096 |
| Office of the Attorney General | John Lynch | 25 Capitol St | | Concord | NH | 03301 |
| Office of the Attorney General | Jon Buning | 2115 State Capitol | | Lincoln | NE | 68509 |
| Office of the Attorney General | Joseph R Biden III | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Larry Long | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501-8501 |
| Office of the Attorney General | Lawrence Wasden | 700 W State St | PO Box 83720 | Boise | ID | 83720-0010 |
| Office of the Attorney General | Lori Swanson | 1400 Bremer Tower | 445 Minnesota St | St Paul | MN | 55101-2131 |
| Office of the Attorney General | Mark Shurtleff | Utah State Capitol Complex | 350 N State St Ste 230 | Salt Lake City | UT | 84114-2320 |
| Office of the Attorney General | Mike Cox | G Menne Williams Bldg 7th Fl | 525 W Ottawa St PO Box 30212 | Lansing | MI | 48909 |
| Office of the Attorney General | Patrick C Lynch | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Richard Blumenthal | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Richard Cordray | 30 E Broad St 17th Fl | | Columbus | OH | 43215-3428 |
| Office of the Attorney General | Roy Cooper | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Office of the Attorney General | Steve Bullock | Department of Justice | PO Box 201401 | Helena | MT | 59620-1401 |
| Office of the Attorney General | Steve Six | Memorial Hall 2nd Fl | 1520 SW 10th St | Topeka | KS | 66612 |
| Office of the Attorney General | Thurbert E Baker | 40 Capitol Sq SW | | Atlanta | GA | 30334 |
| Office of the Attorney General | Tom Corbett | 16th Fl Strawberry Sq | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Tom Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Troy King | 500 Dexter Ave | | Montgomery | AL | 36130 |
| Office of the Attorney General | US Department Of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Office of the Attorney General | WA Drew Edmondson | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Wayne Stenehjem | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Office of the Attorney General | William H Sorrell | 109 State St | | Montpelier | VT | 05609-1001 |
| Office of US Attorney SDNY | | 86 Chambers Street | | New York | NY | 10007 |
| Office of US Attorney SDNY | | 300 Quarropas Street | | White Plains | NY | 10601 |
| Otterbourg Steindler Houston & Rosen PC | Scott L Hazan & William M Silverman & David M Posner | 230 Park Ave | | New York | NY | 10169 |
| Peter Davenport | | 10 Tall Timber Rd | | Mt. Kisco | NY | 10549 |
| Peter J Solomon Company | Anders J Maxwell | 520 Madison Ave | | New York | NY | 10022 |
| Ray Quinney & Nebeker PC | Stephen C Tingey | 36 S State St Ste 1400 | PO Box 45385 | Salt Lake City | UT | 84145-0385 |
| Rivken Radler LLP | Matthew V Spero | 926 RXR Plaza | | Uniondale | NY | 11556-0926 |
| Rivken Radler LLP | Stuart I Gordon | 926 RXR Plaza | | Uniondale | NY | 11556-0926 |
| Ross Jones | | 5 Driftwood Landing | | Gulf Stream | FL | 33483 |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte & Abigail Snow | 230 Park Ave | | New York | NY | 10169 |
| Securities and Exchange Commission | James A Clarkson Regional Director | 3 World Financial Center Suite 400 | | New York | NY | 10281 |

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Securities and Exchange Commission | | 100 F Street Northeast | | Washington | DC | 20549 |
| Simpson Thatcher & Bartlett LLP | Patrick Ryan, Art Robinson & Jill Kalish | 425 Lexington Ave | | New York | NY | 10017-3954 |
| State of New York Department of Taxation and Finance | Daniel Smirlock | 1740 Broadway 16th Fl | | New York | NY | 10019 |
| Tennessee Department of Revenue | c o TN Attorney Generals Office Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 |
| The Bank of New York Mellon | Stuart Rothenberg | 101 Barclay St 8 West | | New York | NY | 10286 |
| Thomas M Kenney | | 10 The Byway | | Bronxville | NY | 10708 |
| Wilfrid Aubrey LLC | Nicholas W Walsh | 100 William St Ste 1850 | | New York | NY | 10038 |
| Williams Lea Inc | Ken Amann | 233 South Wacker Ste 4850 | | Chicago | IL | 60606 |
| Wilmer Cutler Pickering Hale & Dorr | James H Millar & Melanie J Dritz | 399 Park Ave | | New York | NY | 10022 |
| Wilmer Hale | Dennis Jenkins | 60 State St | | Boston | MA | 02109 |